**THE BUSINESS BANK OF ST. LOUIS, Appellant,**

v.

**BEAKER, LLC, et al., Defendants,**

and

**Old Republic National Title Insurance Company, Respondent.**

**No. ED 100413**

Missouri Court of Appeals
Eastern District
DIVISION FOUR

Filed: November 25, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied
January 13, 2015

Application for Transfer Denied
February 24, 2015

John L. Davidson, P.O. Box 31506, St. Louis, MO 63131, for Appellant.

Ellen W. Dunne, Douglas A. Stockenberg, 120 South Central Ave., Ste. 1650, Clayton, MO 63105, for Respondent.

Before Patricia L. Cohen, P.J., Robert M. Clayton III, J., and Lisa S. Van Amburg, J.

### ORDER

PER CURIAM.

The Business Bank of St. Louis ("the Bank") appeals the grant of summary judgment in favor of Old Republic National Title Insurance Company on the Bank's claims for declaratory judgment, indemnity, and a creditor's bill. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).